NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTOPHER K. ALONSO,**

*Plaintiff-Appellant*

**v.**

**WILLIAM QUAN, POLI FLORES, (NFN) ROSS, M. LEPE NEGRETE, CHRISTOPHER PLOURD,**

*Defendants-Appellees*

---

2023-2169

---

Appeal from the United States District Court for the Southern District of California in No. 3:23-cv-00760-WQH-NLS, Judge William Q. Hayes.

---

PER CURIAM.

## O R D E R

Christopher K. Alonso filed this suit in the United States District Court for the Southern District of California against five California Superior Court judges, asserting violations of his civil rights. After the district court dismissed his complaint, Mr. Alonso filed a notice of appeal that was transmitted to this court. Because it appeared we lacked jurisdiction, we directed the parties to show cause why this case should not be transferred or dismissed. Having now considered Mr. Alonso's response, we transfer.

This appeal does not fall within the limited authority that Congress granted this court to review decisions of federal district courts. That jurisdiction generally extends to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* §1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1). Mr. Alonso asserts that "[t]he judges are federal authorities," ECF No. 6 at 1, but that appears to be inaccurate. Lacking jurisdiction, we may transfer to another court where "the action or appeal could have been brought at the time it was filed." 28 U.S.C. § 1631. Here, the appropriate court is the United States Court of Appeals for the Ninth Circuit.

Accordingly,

IT IS ORDERED THAT:

This appeal and all transmittals are transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

November 6, 2023
Date

Jarrett B. Perlow
Clerk of Court